In the Matter of ADULT HOME AT ERIE STATION, INC., Respondent, v ASSESSOR AND BOARD OF ASSESSMENT REVIEW OF CITY OF MIDDLETOWN et al., Appellants.

Submitted April 30, 2007; decided June 5, 2007

Motion by the New York State Assessors Association for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.